# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 3:16 CR 221 |
| | : | |
| v. | : | |
| | : | |
| KYRON SAPP, | : | (        , J.) |
| FALLYN BLANKENSHIP, | : | |
| NICHOLE FEARON, | : | |
| HELLEN JAMES, | : | |
| DAREYCHA PACHECO OYOLA, and | : | |
| DAREIN WILLIAMS | : | |
| Defendants. | : | |

**FILED
SCRANTON**

AUG 09 2016

PER ___
DEPUTY CLERK

## INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT ONE

Conspiracy to Alter Postal Money Orders and to Commit Bank Fraud
(Violations of 18 U.S.C. § 371 (18 U.S.C. § 500 and 18 U.S.C. § 1344))

### The Charge

1.   From in or about December 2014, the exact date being unknown to the Grand Jury, and August 9, 2016, in the Middle District of Pennsylvania, and elsewhere, defendants,

**KYRON SAPP,**

**FALLYN BLANKENSHIP,**

**NICHOLE FEARON,**

**HELLEN JAMES,**

**DAREYCHA PACHECO OYOLA,**

**and DAREIN WILLIAMS**

did unlawfully, knowingly, and willfully combine, conspire, confederate and agree with each other and with persons known and unknown to the Grand Jury, to commit certain offenses against the United States, that is, to falsely alter, in a material respect, United States Postal Money Orders and to fraudulently pass and utter the same, in violation of 18 U.S.C. § 500; and to commit bank fraud in violation of 18 U.S.C. § 1344.

## Manner and Means

2. The manner and means of the conspiracy included, but were not limited to, the following:

a. The defendants and/or their coconspirators purchased United States Postal Service Money Orders in varying low face amounts at various post offices.

b. The defendants and/or their coconspirators then altered the money orders, in a material respect, by falsely

2

changing the numeric and written denominations to a higher face value.

    c.      Once altered to reflect higher values, the defendants and/or their coconspirators deposited the United States Postal Money Orders into bank accounts at various financial institutions.

    d.      The defendant, KYRON SAPP, in concert with coconspirators withdrew the fraudulently deposited funds from accounts at the various financial institutions.

<u>Overt Acts</u>

3.  In furtherance of the conspiracy, and to effect the objects thereof, the defendants and coconspirators committed the following overt acts, among others, in the Middle District of Pennsylvania and elsewhere:

    a.      On or about December 3, 2014, at the North Scranton, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least 19 United States Postal Money Orders for the face amount of $1.00 each.

    b.      On or about December 5, 2014, M.D. deposited three United States Postal Money Orders, which were fraudulently

3

altered, into the 5th Street, Reading, Pennsylvania branch of Bank of America. The United States Postal Money Orders were deposited in Bank of America account number xxxxxxx50330.

    c.    On or about December 6, 2014, KYRON SAPP and M. D., used a Debit Card and made a $500 cash withdrawal from a Bank of America ATM located in Bangor, Pennsylvania. The money was withdrawn from Bank of America account number xxxxxxx50330.

    d.    On or about December 19, 2014, at the West Scranton, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least three United States Postal Money Orders for the face amount of $1.00 each.

    e.    On or about December 24, 2014, M.D. deposited three United States Postal Money Orders, which were fraudulently altered to a higher denomination, into the MacArthur Road, Whitehall, Pennsylvania branch of Bank of America. The United States Postal Money Orders were deposited in Bank of America account number xxxxxxx84828.

f.      On or about December 26, 2014, the defendant, KYRON SAPP, used a debit card and made a $20.00 withdrawal from a Bank of America, Southside Bethlehem, Pennsylvania branch.    The $20.00 was withdrawn from Bank of America account number xxxxxxx84828.

g.      On or about December 27, 2014, at the Main Scranton, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least 13 United States Postal Money Orders for the face amount of $1.00 each.

h.      On or about December 30, 2014, the defendant, KYRON SAPP, used a Debit Card and made a $600 cash withdrawal from a Bank of America ATM located in Moosic, Pennsylvania.  The money was withdrawn from Bank of America account number xxxxxxx62274.

i.      On or about February 7, 2015, at the Maywood, New Jersey Post Office, persons unknown to the Grand Jury purchased at least four United States Money Orders for the face amount of $1.00 each.

j.    On or about February 10, 2015, the defendant, FALLYN BLANKENSHIP, deposited four United States Postal Money Orders, which were fraudulently altered to a higher denomination, into the Concordville, Glen Mills, Pennsylvania, branch of Bank of America.

k.    On or about March 23, 2015, at the Plains, Pennsylvania Post Office, persons unknown to the Grand Jury purchased at least eight United States Postal Money Orders for the face amount of $1.00 each.

l.    On or about March 26, 2015, the defendant, NICHOLE FEARON, deposited four United States Postal Money Orders, which were fraudulently altered, into the Tamaqua, Pennsylvania, branch of Wells Fargo.

m.    On or about March 11, 2015, the defendant, HELLEN JAMES, deposited three United States Postal Money Orders, which were fraudulently altered, into the Forty West Center, Baltimore, Maryland, branch of Bank of America.

n.    On or about December 26, 2014, the defendant, DAREYCHA PACHECO OYOLA, deposited three United States

6

Postal Money Orders, which were fraudulently altered to a higher denomination, into the Southside, Bethlehem, Pennsylvania, branch of Bank of America.

     g.    On or about December 9, 2014, the defendant, DAREIN WILLIAMS, deposited three United States Postal Money Orders, which were fraudulently altered to a higher denomination, into the Bangor, Pennsylvania, branch of Bank of America.

All in violation of Title 18, United States Code, § 371.

7

THE GRAND JURY FURTHER CHARGES

## COUNTS TWO THROUGH SIX

Altering a Postal Money Order and Aiding and Abetting
(Violations of 18 U.S.C. §§ 500 and 2)

4.      Paragraphs 1 through 3 of this Indictment are re-alleged in this Count, as if fully set forth herein.

5.      From on or about October 20, 2014, and continuing until August 9, 2016, in the Middle District of Pennsylvania, and elsewhere, the defendant,

**KYRON SAPP,**

aided and abetted by a person or persons known and unknown to the Grand Jury, did falsely alter, in a material respect, United States Postal Money Orders as follows, each alteration constituting a separate count:

| Count | Purchase Date | Post Office of Purchase | Serial Number |
|---|---|---|---|
| 2 | 12/03/2014 | North Scranton Post Office (Zip 18508) | 22271051193 |
| 3 | 12/16/2014 | North Scranton Post Office (Zip 18508) | 17419800238 |
| 4 | 12/27/2014 | Main Scranton Post Office (Zip 18505) | 22526100810 |
| 5 | 12/27/2014 | Main Scranton Post Office (Zip 18505) | 22526100900 |
| 6 | 12/27/2014 | Main Scranton Post Office (Zip 18505) | 22526100944 |

8

which were provided and issued by and under the direction of the United States Postal Service and payable in the United States, did falsely alter the written and numeric denominations of the money orders on the face of said money orders.

In violation of Title 18, United States Code, §§ 500 and 2.

THE GRAND JURY FURTHER CHARGES

## COUNTS SEVEN AND EIGHT

Altering a Postal Money Order and Aiding and Abetting
(Violations of 18 U.S.C. §§ 500 and 2)

6.    Paragraphs 1 through 5 of this Indictment are re-alleged in this Count, as if fully set forth herein.

7.    From on or about March 23, 2015, and continuing to August 9, 2016, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### NICHOLE FEARON,

aided and abetted by a person or persons known and unknown to the Grand Jury, with intent to defraud, did pass and utter to Bank of America, as true and genuine, United States Postal Money Orders fraudulently altered to a value of $1000, issued by and under the direction of Postal Service and payable in the United States, NICHOLE FEARON then well knowing the said face value to be fraudulently altered, each Postal Money Order being a separate count:

| Count | Purchase Date | Post Office of Purchase | Serial Number |
|---|---|---|---|
| 7 | 03/23/2015 | Plains, PA Post Office (Zip 18705) | 21894985833 |
| 8 | 03/23/2015 | Plains, PA Post Office (Zip 18705) | 21362347203 |

10

In violation of Title 18, United States Code, §§ 500 and 2.

THE GRAND JURY FURTHER CHARGES

## COUNT NINE

Altering a Postal Money Order and Aiding and Abetting
(Violations of 18 U.S.C. §§ 500 and 2)

8.     Paragraphs 1 through 7 of this Indictment are re-alleged in this Count, as if fully set forth herein.

9.   On or about December 9, 2014, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### DAREIN WILLIAMS,

aided and abetted by a person or persons known and unknown to the Grand Jury, with intent to defraud, did pass and utter to Bank of America, as true and genuine, United States Postal Money Orders fraudulently altered to a value of $1000, issued by and under the direction of Postal Service and payable in the United States, DAREIN

WILLIAMS then well knowing the said face value to be fraudulently altered, each Postal Money Order being a separate count:

| Count | Purchase Date | Post Office of Purchase | Serial Number |
|---|---|---|---|
| 9 | 12/03/2014 | North Scranton, PA Post Office (Zip 18508) | 22271051193 |

In violation of Title 18, United States Code, §§ 500 and 2.

THE GRAND JURY FURTHER CHARGES

## COUNTS TEN AND ELEVEN

Altering a Postal Money Order and Aiding and Abetting
(Violations of 18 U.S.C. §§ 500 and 2)

10.     Paragraphs 1 through 9 of this Indictment are re-alleged in this Count, as if fully set forth herein.

11.     On or about December 26, 2014, in the Middle District of Pennsylvania, and elsewhere, the defendant,

### DAREYCHA PACHECO OYOLA,

aided and abetted by a person or persons known and unknown to the Grand Jury, with intent to defraud, did pass and utter to Bank of America, as true and genuine, United States Postal Money Orders fraudulently altered to a value of $1000, issued by and under the direction of Postal Service and payable in the United States, DAREYCHA PACHECO OYOLA then well knowing the said face value

to be fraudulently altered, each Postal Money Order being a separate count:

| Count | Purchase Date | Post Office of Purchase | Serial Number |
|-------|---------------|-------------------------|---------------|
| 10 | 12/23/2014 | North Scranton, PA Post Office (Zip 18508) | 17419800644 |
| 11 | 12/23/2014 | North Scranton, PA Post Office (Zip 18508) | 17419800587 |

In violation of Title 18, United States Code, §§ 500 and 2.

THE GRAND JURY FURTHER CHARGES

## COUNT TWELVE

Bank Fraud and Aiding and Abetting
(Violations of 18 U.S.C. §§ 1344 and 2)

12.    Paragraphs 1 through 10 of this Indictment are re-alleged in this Count, as if fully set forth herein.

13.    From in or about December 2014, the exact date being unknown to the Grand Jury, and August 9, 2016, in the Middle District of Pennsylvania, and elsewhere, defendants,

**KYRON SAPP,**

**FALLYN BLANKENSHIP,**

**NICHOLE FEARON,**

**HELLEN JAMES,**

**DAREYCHA PACHECO OYOLA,**

**and DAREIN WILLIAMS**

aided and abetted by each other, and aided and abetted by each other, did knowingly execute a scheme and artifice to defraud a financial institution, namely Bank of America, and to obtain moneys, funds, and other property owned by and under the custody and control of Bank of America by means of false and fraudulent pretenses, representations

16

and promises, to wit, the defendant withdrew monies from accounts at Bank of America in which fraudulently altered United States Postal money orders had been deposited, for the purpose of obtaining money.

In violation of Title 18, United States Code, Section 1344(2) and 2.

## THE GRAND JURY FURTHER CHARGES

### FORFEITURE ALLEGATION

14.   The allegations contained in Counts 1 through 12 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 492, 981(a)(1)(C), and 982(a)(2)(A) and Title 28, United States Code, Section 2461.

15.   Upon conviction of the offenses in violation of Title 18, United States Code, Sections 500 and 1344 set forth in Counts 1 through 12 of this Indictment, the defendants,

KYRON SAPP,

FALLYN BLANKENSHIP,

NICHOLE FEARON,

HELLEN JAMES,

DAREYCHA PACHECO OYOLA, and

DAREIN WILLIAMS,

shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 492, 981(a)(1)(C), and 982(a)(2)(A) and Title 28, United States Code, Section 2461, any property constituting, or

18

derived from, proceeds obtained, directly or indirectly, as a result of such offenses and any property used or intended to be used to commit, to facilitate, or to promote the commission of such offenses.

16.     By virtue of the commission of the offenses charged in Count 1 through 12 of this Indictment by the defendants, KYRON SAPP, FALLYN BLANKENSHIP, NICHOLE FEARON, HELLEN JAMES, DAREYCHA PACHECO OYOLA, and DAREIN WILLIAMS, any and all right, title, and interest the defendants may have had in the any of the property involved in or traceable to the offenses alleged in Count 1 through 12 of this Indictment is vested in the United States and is hereby forfeited to the United States pursuant to Title 18, United States Code, Sections 492, 981(a)(1)(C), and 982(a)(2)(A) and Title 28, United States Code, Section 2461.

17.     If any of the property described above, as a result of any act or omission of the defendants:

      a.     cannot be located upon the exercise of due diligence;

      b.     has been transferred or sold to, or deposited with, a third party;

      c.     has been placed beyond the jurisdiction of the court;

19

d.    has been substantially diminished in value; or

e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to 18 U.S.C. §§ 492, 981(a)(1)(C), and 982(a)(2)(A) and 28 U.S.C. § 2461.

A TRUE BILL

PETER J. SMITH
United States Attorney

By:   TODD K. HINKLEY
       Assistant U.S. Attorney